## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GUY GREENE, | Civil 11-0979 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DENNIS BENSON, CAL R. LUDEMAN, GREG CARLSON, KEVIN MOSER, DAVID PRESCOTT, JANINE HEBERT, TOM LUNDQUIST, ELIZABETH BARBO, DEBRA JAMES, JULIE ROSE, VICKIE DOE, GARY J. FAHNHORST, JOAN FABIAN, TERRY CARLSON, AND KATHLEEN SEBELIUS, | |
| Defendants. | |

Guy Greene, 1111 Highway 73, Moose Lake, MN 55767, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 26, 2011 [Docket No. 8]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Joan Fabian, Terry Carlson, and Kathleen Sebelius are summarily DISMISSED pursuant to 28 U.S.C. § 1915€(2)(B)(ii).

DATED: May 25, 2011
at Minneapolis, Minnesota                    ___ s/ John R. Tunheim _____
                                             JOHN R. TUNHEIM
                                             United States District Judge